THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED SCHMIDT, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of violating sections 244, 483 and 483-b of the Penal Law, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

ROBERT ROBBINS, SR., as Administrator of the Estate of BERNARD ROBBINS, Deceased, Appellant, v. ACME TRANSFER & STORAGE CO., INC., Respondent.— The action is to recover damages for wrongful death of an eleven-year-old infant. The proof shows that the infant was struck by defendant's truck when he was crossing a highway, and at that time the truck was on its wrong side of the road. The court dismissed the complaint, holding that the infant was guilty of contributory negligence as matter of law because plaintiff did not show that the infant looked to his left or in the direction from which the truck was approaching. Judgment reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. Whether the infant was guilty of negligence which contributed to the happening of the accident was a question of fact for the jury. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

MORRIS SILBERSTEIN, Appellant, v. GLOBE INDEMNITY COMPANY, Respondent.— Action brought under a robbery insurance policy to recover for losses sustained in an alleged robbery. Judgment dismissing complaint at the end of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

SUSIE SILVESTRO, Appellant, v. CITY OF NEW YORK, Respondent-Appellant, and EDWARD J. FLYNN et al., Impleaded Defendants-Respondents.— Action to recover moneys deposited to the credit of plaintiff in the office of the City Chamberlain of the City of New York, pursuant to an order of the Supreme Court. Plaintiff appeals from so much of an order as denies her motion for summary judgment against defendant City of New York, and grants said defendant's cross motion for summary judgment dismissing the plaintiff's complaint, and from the judgment entered thereon. Defendant City of New York appeals from so much of said order as grants the impleaded defendants' motion for summary judgment dismissing its cross complaint against such impleaded defendants, and from the judgment entered pursuant thereto. Order and judgment insofar as appealed from unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

IRENE A. TIBBETTS, as Administratrix of the Estate of AGNES M. TIBBETTS, Deceased, Appellant, v. NEW YORK TRUST COMPANY, Defendant, and BEEKMAN HOSPITAL et al., Respondents.— Action to recover damages for the death of plaintiff's intestate as the result of alleged negligence in failing to provide her with proper medical aid. On appeal by plaintiff from judgment in favor of respondents dismissing the complaint, judgment unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.